J. FLEMING DUTCH, Respondent, *v.* ORREL A. PARKER,
Appellant.

Municipal Courts — Review — Judgments and orders reviewable — Order
opening default and vacating judgment not appealable in the first
instance.

APPEAL by the defendant from an order of the Municipal
Court of the city of New York, first district, borough of
Manhattan.

Henry S. Goodspeed, for appellant.

Marcus Helfand, for respondent.

PER CURIAM. The order opening the default and vacating
the judgment is not appealable in the first instance. Laws of
1902, chap. 580, § 257. See 80 App. Div. 368.
The appeal is, therefore, dismissed, with costs.

Present: GILDERSLEEVE, DUGRO and DOWLING, JJ.

Appeal dismissed, with costs.